IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN ANDERSON, | |
|     Plaintiff, | No. C 10-00807 JSW |
| v. | |
| CITY OF OAKLAND, | **ORDER TO SHOW CAUSE** |
|     Defendant. | |

In an Order dated March 16, 2010, the Court set a case management conference for June 25, 2010 at 1:30 p.m.  Plaintiff's counsel failed to appear for the case management conference. Therefore, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than July 6, 2010, as to why this case should not be dismissed for failure to prosecute and sanctions in the amount of $1,000 should not be imposed.  Failure to respond to this Order by July 6, 2010 shall result in dismissal of this matter without prejudice and an assessment of sanctions in the amount of $1,000.

Further, Plaintiff is HEREBY ORDERED to serve initial disclosures by no later than July 2, 2010.

**IT IS SO ORDERED.**

Dated: June 25, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE