IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENN ANDERSON,

    Plaintiff,

v.

CITY OF OAKLAND,

    Defendant.

No. C 10-00807 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

In an Order dated March 16, 2010, the Court set a case management conference for June 25, 2010 at 1:30 p.m. Plaintiff's counsel failed to appear for the case management conference. Therefore, on June 25, 2010, this Court issued an Order to Show Cause ("OSC") as to why this case should not be dismissed for failure to prosecute and sanctions in the amount of $1,000 should not be imposed.

By letter dated July 6, 2010, Plaintiff's counsel indicates that he failed to attend because he inadvertently miscalendared the date of the case management conference. Counsel states that he will work to ensure that this type of mistake will not recur. The Court shall discharge the OSC without dismissal or sanctions, but admonishes counsel in this matter that any further failure to follow this Court's rules and standing orders shall result in sanctions.

**IT IS SO ORDERED.**

Dated: July 7, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE