IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN and MARY ANDERSON, | |
| Plaintiff, | No. C 10-00807 JSW |
| v. | |
| CITY OF OAKLAND, ET AL., | **SECOND ORDER TO SHOW CAUSE** |
| Defendants. | |

In an Order dated July 8, 2010, the Court set out the trial and pretrial deadlines in this matter, including the last day to hear dispositive motions, set for June 10, 2011. On May 5, 2011, Defendants filed a motion for summary judgment. Plaintiffs' opposition brief was due to be filed no later than May 20, 2011. To date, neither the Court nor Defendants have received an opposition or a statement of non-opposition to the motion. It appears from the submissions of Defendants that Plaintiffs did not participate in discovery or active prosecution of this case. The Court previously issued an order to show cause for Plaintiffs' counsel's failure to appear at the initial case management conference set on June 25, 2010. Although the Court discharged its first order to show cause, the Court specifically admonished Plaintiffs' counsel that any further failure to follow this Court's rules would result in sanctions.

Therefore, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE in writing no later than June 10, 2011, as to why this case should not be dismissed for failure to prosecute and sanctions in the amount of $1,000 should not be imposed. Failure to respond to this Order by June 10, 2011 shall result in dismissal of this matter without prejudice and an assessment of

1  sanctions against counsel in the amount of $1,000.

2  Further, the hearing date on Defendants' motion for summary judgment for June 10,
3  2011, is HEREBY VACATED.

4  **IT IS SO ORDERED.**

6  Dated: May 31, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE