IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLENN and MARY ANDERSON,

    Plaintiff,

v.

CITY OF OAKLAND, ET AL.,

    Defendants.

No. C 10-00807 JSW

**ORDER IMPOSING SANCTIONS AND DISMISSING CASE**

    In an Order dated July 8, 2010, the Court set out the trial and pretrial deadlines in this matter, including the last day to hear dispositive motions, set for June 10, 2011. On May 5, 2011, Defendants filed a motion for summary judgment. Plaintiffs' opposition brief was due to be filed no later than May 20, 2011. Plaintiffs did not participate in discovery or active prosecution of this case, nor did they file an opposition to the motion for summary judgment. The Court previously issued an order to show cause for Plaintiffs' counsel's failure to appear at the initial case management conference set on June 25, 2010. Although the Court discharged its first order to show cause, the Court specifically admonished Plaintiffs' counsel that any further failure to follow this Court's rules would result in sanctions.

    Therefore, on May 31, 2011, the Court issued a second order to show cause to Plaintiffs as to why this case should not be dismissed for failure to prosecute and sanctions in the amount of $1,000 should not be imposed. The order specifically stated that failure to respond in writing to the order to show cause by June 10, 2011 would result in dismissal of this matter without prejudice and an assessment of sanctions against counsel in the amount of $1,000.

1  Having not received any further filings from Plaintiffs, the Court orders sanctions
2  against Plaintiffs' counsel, to be paid no later than June 24, 2011 in the amount of $1,000 and
3  dismissal of this action for failure to prosecute.  The Clerk shall close the file.
4  **IT IS SO ORDERED.**

6  Dated: June 17, 2011

                                                 JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California